Form otfrcase

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602-1003

*In Re:* Charles Kwiatkowski
   *Debtor(s)*

*Case No.:* 08-82337                    *Chapter:* 7

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to Northern District of Rockford (Eastern Division).

**Entered:** 9/17/08

                                    /S/
                                    Thomas L. Perkins
                                    U.S. Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.